IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-283-KS

| | |
|---|---|
| GLADIS ROXANA GREENSPAHN, ) ) Plaintiff, ) ) v. ) ) KILOLO KIJAKAZI, ) Acting Commissioner of Social ) Security, ) ) Defendant. | ORDER |

This matter is before the Court on Defendant's Motion for Remand to the Commissioner. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court GRANTS Defendant's Motion for Remand [DE #17] and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 18th day of October 2023.

KIMBERLY A. SWANK
United States Magistrate Judge