UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GLADIS ROXANA GREENSPAHN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of Social Security,* | ) | Case No. 5:23-CV-283-KS |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Defendant's Motion to Remand [DE-17].

IT IS ORDERED, ADJUDGED AND DECREED the court grants the Motion to Remand, reverses the Commissioner's decision under sentence four of 42 U.S.C § 405(g) and remands the case to the Commissioner for further administrative proceedings.

This judgment filed and entered on **October 19, 2023,** with electronic service upon:

**Charlotte Williams Hall,** *Counsel for Plaintiff*
**Joanne Kernicky,** *Counsel for Defendant*
**Wanda Mason,** *Counsel for the Defendant\*
**Samantha Zeiler***, Counsel for the Defendant*

                **PETER A. MOORE, JR.,**
                CLERK, U.S. DISTRICT COURT

DATE: October 19, 2023           /s/ *Shelia Foell*
                                       (By): Shelia Foell, Deputy Clerk of Court